PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DMITRY SMIRNOV,<br><br>Defendant. | Case No. 5:23-po-00143-CDB<br><br>[Citation #7293769, CA/3F]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00143-CDB [Citation #7293769, CA/3F] against DMITRY SMIRNOV, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 25, 2023                Respectfully submitted,

                                     PHILLIP A. TALBERT
                                     United States Attorney

                              By:    /s/ *Chan Hee Chu*
                                     CHAN HEE CHU
                                     Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on motion of the United States of America filed pursuant to Rule 48(a), Fed. R. Crim. P. (Doc. 3), that Case No. 5:23-po-00143-CDB [Citation #7293769, CA/3F] against DMITRY SMIRNOV be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 25, 2023**  

_____
UNITED STATES MAGISTRATE JUDGE